UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RED STAR HOLDINGS, LLC, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:25-CV-14157 <br><br> JUDGE MANISH S. SHAH <br><br> MAGISTRATE JUDGE KERI L. HOLLEB HOTALING |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the Defendant(s) CIANYO, Suppermoon Apparel, YangAnHong, Huang changqing, Liu huanyun, and 3-15 Days Delivery-Tufusiur (identified on line(s) 161, 173, 174, 164, 167 and 1 of the Schedule A of the Complaint).

| | |
|---|---|
| Dated: February 5, 2026 | Respectfully submitted, <br><br> */s/ Alison K. Carter* <br> Alison K. Carter <br> Ann Marie Sullivan <br> Gouthami V. Tufts <br><br> **SULLIVAN & CARTER, LLP** <br> 111 W. Jackson Blvd, Ste 1700 <br> Chicago, Illinois 60604 <br> 929-724-7529 <br> a.carter@scip.law <br><br> ***ATTORNEYS FOR PLAINTIFF*** |